UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Rhe-Tech, Inc.,<br>a Michigan Corporation,<br><br>          Plaintiff,<br><br>-v-<br><br>Owens Corning,<br>a Delaware Corporation,<br><br>          Defendant.<br>_____/ | Case No.: 2:08-CV-14104-PJD-SDP<br><br>Hon. Partick J. Duggan<br><br>Magistrate Judge Steven D. Pepe |

| | |
|---|---|
| Gary K. August (P48730)<br>Matthew G. McNaughton (P66097)<br>ZAUSMER, KAUFMAN, AUGUST,<br>CALDWELL & TAYLER, P.C.<br>Attorneys for Plaintiff<br>31700 Middlebelt Road, Ste. 150<br>Farmington Hills, MI 48334<br>Telephone: (248) 851-4111<br>Fax: (248) 851-0100 | Thomas P. Dillon (P55191)<br>Nathan A. Hall (P67074)<br>Stefanie E. Deller (P61573)<br>SHUMAKER, LOOP &<br>KENDRICK, LLP<br>Attorney for Defendant<br>North Courthouse Square<br>1000 Jackson Street<br>Toledo, OH 43624<br>Telephone: (419) 241-9000<br>Fax: (419) 241-6894 |

_____/

## STIPULATED ORDER OF DISMISSAL

At a session of said Court
held in the City of Detroit, County of Wayne,
State of Michigan on August 7, 2009.

PRESENT: HON. PATRICK J. DUGGAN
United States District Court Judge

      This matter having come before the Court by stipulation of the parties due to the amicable resolution of this case and the Court being otherwise fully advised in the premises;

      IT IS HEREBY ORDERED that Rhe-Tech, Inc.'s claims against Owens Corning are dismissed with prejudice and without costs to either party.

      IT IS FURTHER ORDERED that this is a final Order which resolves all claims by all parties

and closes this case.

                     s/Patrick J. Duggan
                     Patrick J. Duggan
                     United States District Judge

Dated: August 7, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 7, 2009, by electronic and/or ordinary mail.

                     s/Marilyn Orem
                     Case Manager

## **STIPULATION**

We stipulate to the entry of the foregoing Order of Dismissal:

| s/Gary K. August | s/Thomas P. Dillon |
|---|---|
| Gary K. August (P48730) | Thomas P. Dillon (P55191) |
| Matthew G. McNaughton (P66097) | Nathan A. Hall (P67074) |
| ZAUSMER, KAUFMAN, AUGUST, | Stefanie E. Deller (P61573) |
| CALDWELL & TAYLER, P.C. | SHUMAKER, LOOP & |
| Attorneys for Plaintiff | KENDRICK, LLP |
| 31700 Middlebelt Road, Ste. 150 | Attorney for Defendant |
| Farmington Hills, MI 48334 | North Courthouse Square |
| Telephone: (248) 851-4111 | 1000 Jackson Street |
| Fax: (248) 851-0100 | Toledo, OH 43624 |
| gaugust@zkact.com | Telephone: (419) 241-9000 |
| | Fax: (419) 241-6894 |
| | Tdillon@slk-law.com |